AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

DONESHA LATCHINSON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 2:13-mj-0221-PAL

CHARGING DISTRICTS
CASE NUMBER: 12-20865-CR-COOKE/TURNOFF

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Southern District of Florida; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the US District Court, 301 N. Miami Ave, Miami, FL

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

US District Court
301 North Miami Ave, 5th Floor,
Miami FL 33128

on 4/09/2013 @ 1:30pm
Before the Duty Magistrate Judge

*Date and Time*

*Signature of Judge*

3/25/2013                              PEGGY A. LEEN, United States Magistrate Judge
*Date*                                 *Name and Title of Judge*